IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KEY HARBOR, LLC** *d/b/a* **JAWS MARINE**, <br><br>*Plaintiff*, <br><br>*v*. <br><br>**RANDOLPH BENNETT**, <br><br>*Defendant*, <br><br>**YP 680**, <br><br>**YP 677**, <br><br>*Garnishees*. | Case No. DLB-21-2397 <br><br> In Admiralty |

## ORDER FOR MARITIME
## WRIT OF ATTACHMENT & GARNISHMENT *QUASI IN REM*

Upon consideration of Plaintiff Key Harbor, LLC's Motion for Maritime Writ of Attachment and Garnishment, *quasi in rem*, ECF 3, it is hereby

1. **ORDERED** that Key Harbor's Motion for Maritime Writ of Attachment and Garnishment, *quasi in rem,* is hereby **GRANTED**; and it is further

2. **ORDERED** that the Clerk of Court will issue a maritime writ of attachment and garnishment, *quasi in rem*, against YP 680 and YP 677; and it is further

3. **ORDERED** that the United States Marshal for the District of Maryland shall attach these vessels with notice to all persons claiming any interest therein to appear and file their claims and answer Key Harbor's verified complaint; and it is further

4. **ORDERED** that under LAR (d), the statement of interest and answer required by Federal Supplemental Rules for Admiralty or Maritime Claims must be filed on a date on or before ten days after arrest.

Date: September 23, 2021

_____
**Deborah L. Boardman**
**United States District Judge**